IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **WAYDELL VONNER** | § | |
| | § | |
| **V.** | § | **NO. 1:10-CV-574** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security** | § | |
| **Administration** | § | |

**MEMORANDUM OPINION ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.

The Court has received and considered the report of the United States magistrate judge pursuant to such order, along with the record and pleadings. No objections to the report of the United States magistrate judge were filed by the parties. Accordingly:

1. The report of the United States magistrate judge is **ADOPTED**.

2. Plaintiff's "Motion to Withdraw Complaint" (Docket No. 10), construed as a motion for voluntary dismissal, is **GRANTED**.

3. Final Judgement will be entered seperately.

So **ORDERED** and **SIGNED** this **23** day of **June, 2011.**

_____
Ron Clark, United States District Judge